# Third District Court of Appeal
## State of Florida

Opinion filed March 13, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-1492
Lower Tribunal No. 20-27735
_____

**Sebastian Ricciardi Lima, et al.,**
Appellants,

vs.

**Intermarine Investments, LLC, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

The Legal Team, PLLC, and Karel Suarez and Anthony Halmon, for appellants.

Mark Migdal & Hayden and Donald J. Hayden and Maia Aron, for appellees.

Before SCALES, MILLER and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Amezcua v. Cortez, 314 So. 3d 666, 669 (Fla. 3d DCA

2021) ("In Florida, recognition of international final foreign judgments is governed by statute, while general principles of comity allow for the discretionary enforcement of certain interlocutory rulings."); Cochrane v. Nwandu, 855 So. 2d 1276, 1277 (Fla. 3d DCA 2003) (stating that "a foreign decree is entitled to comity where (1) the parties have been given notice and the opportunity to be heard, (2) where the foreign court had original jurisdiction, and (3) where the foreign decree does not offend the public policy of the State of Florida").